THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* O. C. HOR-TON (Impleaded), Defendant-Appellant.

(No. 70-60; )

Second District—January 29, 1971.

Opinion by Mr. JUSTICE ABRAHAMSON.

William H. Snively, of Rockford, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, (Craig Peterson, Assistant State's Attorney, of counsel,) for the People.